UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:18-750-DCC |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLENE BRACH | ) | **MOTION FOR CONTINUANCE** |

The attorneys for the United States move for an Order continuing the trial of this case until January 2020. The basis for this motion is that the defendant signed a written Pretrial Diversion Agreement on December 12, 2018, which provides that prosecution will be deferred by the attorney for the Government for a period of 12 months for the purpose of allowing the defendant to demonstrate good conduct.

        Respectfully submitted,

        SHERRI A. LYDON
        UNITED STATES ATTORNEY


        By:  s/T. DeWayne Pearson
        T. DeWayne Pearson, ID No. 10859
        Assistant U.S. Attorney
        1441 Main Street, Suite 500
        Columbia, South Carolina 29201
        (803) 929-3000
        dewayne.pearson@usdoj.gov

January 16, 2019