UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NUMBER 8:18-750-DCC |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| CHARLENE BRACH | ) | |

This matter having come before the Court on motion of the United States for an Order continuing the trial of this case until the January 2020 term of court.

IT IS ORDERED: That the trial of this case is continued until January 2020. The continuance is justified because on December 12, 2018, the defendant, CHARLENE BRACH, signed a written Pretrial Diversion Agreement with the Government. The agreement was finalized on January 7, 2019. The Pretrial Diversion Agreement provides that prosecution will be deferred by the attorney for the Government for a period of eighteen (12) months for the purpose of allowing the defendant to demonstrate good conduct. This period of delay is approved by the Court and is therefore excludable under the provisions of Title 18, United States Code, Section 3161(h)(2) of the Speedy Trial Act of 1974.

s/ Donald C. Coggins Jr.
DONALD C. COGGINS, JR.
UNITED STATES DISTRICT JUDGE

January 16, 2019
Greenville, South Carolina