DSCPS4

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 8:18-750 |
| V. | |
| | **RESTITUTION ORDER ON PRETRIAL DIVERSION** |
| CHARLENE BR ACH | |

The court has been advised that Charlene Brach has entered into a Pretrial Diversion Agreement dated January 7, 2019, with the United States Attorney's office.

The Pretrial Diversion Agreement includes a condition that requires Charlene Brach to make restitution to the following payee in the amount listed below. The defendant is required to make payment toward this debt as instructed in the Pretrial Diversion Agreement.

| Name of Payee | Total Amount Due |
|---|---|
| Federal Bureau of Prisons | $ 13,008.50 |
| | |
| | |
| **Grand Total** | **$ 13,008.50** |

**Unless otherwise directed, restitution payments should be made payable to the Clerk of Court for the United States District Court, 901 Richland Street, Columbia, South Carolina 29201.**

It is ORDERED that the clerk of court accept and receive restitution payments from Charlene Brach and disburse them to the payee above in accordance with the Pretrial Diversion Agreement and in the manner in which restitution payments are received and disbursed for criminal judgments. Any changes to the payment plan or delinquencies shall remain a matter for the U.S. Attorney's Office to address.

| | |
|---|---|
| <u>Donald C. Coggins, Jr, U.S.District Judge</u> | <u>s/ Donald C. Coggins Jr.</u> |
| Name and Title of Judge | Signature of Judge |
| | |
| | <u>February 5, 2019</u> |
| | Date |