

# Parker Poe

**M. Claire Hall**
*Special Counsel*
Telephone: 803.253.8914
Direct Fax: 803.255.8017
clairehall@parkerpoe.com

Atlanta, GA
Charleston, SC
Charlotte, NC
Columbia, SC
Greenville, SC
Raleigh, NC
Spartanburg, SC

July 17, 2019

2019 JUL 19  AM 10: 14    RECEIVED USDC CLERK, COLUMBIA, SC

United States District Court,
District of South Carolina
Office of the Clerk of Court
Attn: Kristy Bachman
901 Richland Street
Columbia, SC 29201

**Re:  *US v. Charlene Brach*, Case 8:18cr750**

Dear Ms. Bachman:

On February 7, 2019, I forwarded to the attention of the Federal Bureau of Prisons check, no. 69307, payable to the Federal Bureau of Prisons, in the amount of $13,008.50 as payment for restitution required pursuant to a Pre-Trial Diversion Agreement in the above-referenced case. It has come to my attention that the payment should have been made to the Clerk of Court of the United States District Court, District of South Carolina. Although my representation of Ms. Brach has ended, as a courtesy and accommodation to all parties, please find enclosed copies of correspondence and proof of this restitution payment.

I have copied the Federal Bureau of Prisons on this letter and kindly request they provide confirmation to you of their receipt of the payment as soon as possible.

Please let me know if you have any questions.

With kindest regards,

Very truly yours,

*M. Claire Hall*

M. Claire Hall

Enclosure

cc:    T. Dewayne Pearson (via email)
Federal Bureau of Prisons
United States Probation (via email)

PPAB 5013450v1