

## Parker Poe

M. Claire Hall
*Special Counsel*
Telephone: 803.253.8914
Direct Fax: 803.255.8017
clairehall@parkerpoe.com

Atlanta, GA
Charleston, SC
Charlotte, NC
Columbia, SC
Greenville, SC
Raleigh, NC
Spartanburg, SC

February 7, 2019

**Via FedEx**

Federal Bureau of Prisons
320 First Street NW
Attn: Accounting Operations Section,
Room 5009
Washington, DC 20534

    Re:  *US v. Charlene Brach*, Case 8:18cr750

Dear Sir/Madam:

    Enclosed please our firm's Trust Account check, no. 69307, payable to the Federal Bureau of Prisons, in the amount of $13,008.50 as payment for restitution required pursuant to a Pre-Trial Diversion Agreement in the above-referenced case.

    Please let me know if you have any questions.

    With kindest regards,

                          Very truly yours,

                          M. Claire Hall

MCH:bg
Enclosure

cc:    T. Dewayne Pearson (w/o encl., via U.S. Mail)

PPAB 4704193v1

Parker Poe Adams & Bernstein LLP   Attorneys and Counselors at Law   1221 Main Street   Suite 1100   Columbia, SC 29201
t 803.255.8000   f 803.255.8017   www.parkerpoe.com

**PARKER POE ADAMS & BERNSTEIN LLP**  WELLS FARGO BANK, N.A. - 2070486071416

DATE: 02-05-19    PAYEE: FEDERAL BUREAU OF PRISONS    CHECK #: **69307**

CLIENT: CHARLENE BRACH
MATTER: 161756
FALSE CLAIMS ACT DEFENSE

PAYEE: FEDERAL BUREAU OF PRISONS

CHECK AMT: $13,008.50

---

THE FACE OF THIS CHECK IS PRINTED GREEN - THE BACK CONTAINS A SIMULATED WATERMARK

**Parker Poe**
ATTORNEYS AT LAW
TRUST ACCOUNT
THREE WELLS FARGO CENTER
401 SOUTH TRYON STREET
STE. # 3000
CHARLOTTE, NC 28202-1942
(704) 372-9000

WELLS FARGO BANK, N.A.
CHARLOTTE, NC 28231
66-21/530

CHECK NO.: **69307**
CHECK DATE: 02/05/19

PAY Thirteen Thousand Eight DOLLARS and Fifty cents    USD$*****13,008.50
CHECK AMOUNT

TO THE ORDER OF:
**FEDERAL BUREAU OF PRISONS**
320 FIRST ST. NW
ATTN: ACCOUNTING OPERATIONS SECTION, ROOM 5009
WASHINGTON, DC 20534

CLIENT ID: 161756
CLIENT NAME: CHARLENE BRACH

PARKER POE ADAMS & BERNSTEIN LLP
AUTHORIZED SIGNATURE
VOID AFTER 90 DAYS

⑆69307⑆  ⑈053000219⑈ 2070486071416⑈