UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:18-750-DCC |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLENE BRACH | ) | **MOTION TO RESTORE TO DOCKET** |

The United States of America, by and through its undersigned counsel, hereby moves this Court to restore the above-captioned case to the active trial docket because the defendant has violated the terms and conditions of the Pretrial Diversion Program.

Respectfully submitted,

A. LANCE CRICK
ACTING UNITED STATES ATTORNEY

By:  s/T. DeWayne Pearson
T. DeWayne Pearson, ID No. 10859
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000
dewayne.pearson@usdoj.gov

January 3, 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:18-750-DCC |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLENE BRACH | ) | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that he, as attorney of record, has caused an employee in the Office of the United States Attorney for the District of South Carolina, on January 3, 2020, to serve a true and correct copy of the attached **GOVERNMENT'S MOITON TO RESTORE TO DOCKET** in the above-captioned case, via the court's e-noticing system, but if that means failed, then by placing copies in post-paid envelopes to the individual listed below:

**Charlene Brach**
32 Olsen Drive
Warren, NJ   07059

              s/T. DeWayne Pearson
              T. DeWayne Pearson, ID No. 10859
              Assistant U.S. Attorney